■ In the Matter of the CITY OF NEW YORK, Respondent, on Behalf of the New York City Housing Authority Relative to Acquiring Title to Real Property Bounded by Fifth Avenue and Other Streets in the Borough of Manhattan, Duly Selected as a Site for a New York City-Aided Low-Rent Public Housing Project Known as Senator Robert A. Taft Houses. MELJAC ESTATES, INC., Appellant.— Final decree so far as appealed from unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.